**TIFFANY & BOSCO**
**P.A.**

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-52084

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-10865-GBN |
| Pablo R. Gomez and Cynthia M. Gomez<br>Debtors. | Chapter 13 |
| Corporate America Family Credit Union | MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY |
| Movant,<br>vs. | RE: Real Property Located at<br>8535 North 10th Avenue<br>Phoenix, AZ 85021 |
| Pablo R. Gomez and Cynthia M. Gomez, Debtors;<br>Edward J. Maney, Trustee. | |
| Respondents. | |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), and to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is

…

incorporated herein by this reference.

DATED this 17th day of November, 2010.

                             Respectfully submitted,

                             TIFFANY & BOSCO, P.A.


                          BY /s/ LJM # 014228
                               Mark S. Bosco
                               Leonard J. McDonald
                               Attorney for Movant

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1.     Pablo R. Gomez and Cynthia M. Gomez filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code. Edward J. Maney was appointed Trustee of the bankruptcy estate.

2.     Debtor Debtors have certain real property located in Maricopa County, Arizona, more particularly described as:

> LOT TWENTY-NINE (29), ORCHID PARK, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 67 OF MAPS, PAGE 13.

3.     Debtors executed a Note secured by a Deed of Trust, dated January 2, 2003, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

4.     By virtue of the Note and Deed of Trust, Movant has a secured interest in the property described herein and a secured claim against Debtors. Movant may seek leave of Court to specify any further encumbrances against the Property at the time of the Preliminary and/ or Final Hearing hereon.

5. Movant is informed and believes and therefore alleges that the Debtors and the bankruptcy estate have no equity in the property. Pursuant to Debtors' Chapter 13 Plan the debtors intend on

surrendering the title and possession interest in the subject property.  A true and correct copy of the Debtors' Chapter 13 Plan is attached hereto as Exhibit "C".

6. Debtor s are indebted to Corporate America Family Credit Union for the principal balance in the amount of $    .00, plus accruing interest, costs, and attorneys fees.

7. Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 8535 North 10th Avenue , Phoenix, AZ.  The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

8. Pursuant to the Note and Deed of Trust Movant is allowed to request this court to grant reasonable attorney's fees and costs and allowing payment of Movant's attorney's fees and costs pursuant to 11 U.S.C. Section 506(b) which state as follows:
> To the extent that an allowed secured claim is secured by property value of which, after any recovery under subsection (c) of this section, is greater than the amount of such claim, there shall be allowed to the holder of such claim, interest on such claim and any reasonable fees/costs, or charges provided for under the agreement which such claim arose.

## **CONCLUSION**

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) and Movant may immediately enforce and implement the order for relief from the automatic stay as to the debtors their bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict debtors and/or successors of debtors

and to obtain ownership, possession and control of the Property.

DATED this 17th day of November, 2010.

BY <u>/s/ LJM # 014228</u>
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road
Ste. 300
Phoenix, Arizona 85016
Attorneys for Movant